THE PEOPLE OF THE STATE OF NEW YORK v. HARRY D. WATTERSON.— Motion granted, and appellant's time to serve and file the record on appeal and appellant's points extended to and including November 11, 1930, with notice of argument for December 2, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.